a do oh
judges: Tashima, M. Smith, Korman